UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
EMANUELL WEST and RICHARD ALONZO,
individually and on behalf of all others
similarly situated,

        Plaintiffs,           JUDGMENT
    v.           23-cv-7547 (BMC)

MOLSON COORS BEVERAGE
COMPANY USA, LLC,

        Defendant.
------------------------------------------------------------ X

A Memorandum, Decision, and Order of the Honorable Brian M. Cogan, United States District Judge, having been filed on August 7, 2024, granting Defendants' [14] motion to dismiss; denying the parties' [19] motion for an extension of the discovery period as moot; it is

ORDERED and ADJUDGED that Defendants' [14] motion to dismiss is granted; and that the parties' [19] motion for an extension of the discovery period is denied as moot.

Dated: Brooklyn, NY          Brenna B. Mahoney
      August 8, 2024          Clerk of Court

        By: */s/Jalitza Poveda*
            Deputy Clerk